JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100   Tax ID# 38-3107356

June 27, 2018

Bay County
515 Center Avenue
Suite 402
Bay City, MI 48708-5125
Attn: Attorney Amber Davis-Johnson

In Reference To:   Robert Lee vs. Bay County, et al
                   DOL: 12/7/15
                   Matter No.: 60884
                   Claim No.: 1600488

Professional Services

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/13/2017 | DAK | Preparation of Motion for Summary Disposition and Brief in Support | 5.50 | $150.00 | $825.00 |
| 6/2/2017 | DAK | Preparation of Statement of Facts of Brief in Support of Motion for Summary Judgment | 3.20 | $150.00 | $480.00 |
| 6/5/2017 | DAK | Continued preparation of Brief in Support of Motion for Summary Judgment | 3.80 | $150.00 | $570.00 |
| 6/6/2017 | DAK | Continued preparation of Brief in Support of Motion for Summary Judgment | 4.90 | $150.00 | $735.00 |
| 6/8/2017 | DAK | Continued preparation of Brief in Support of Motion for Summary Judgment | 3.10 | $150.00 | $465.00 |
| 6/9/2017 | DAK | Continued preparation of Brief in Support of Motion for Summary Judgment | 3.90 | $150.00 | $585.00 |

Bay County                                                                                                              Page      2

|            |     |                                                                                                                                  | Hours          | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|----------------|-----------|
| 6/12/2017  | DAK | Continued preparation of Brief in Support of Motion for Summary Judgment; Preparation of exhibits; Review of Judge Parker Motion Practice Requirements | 4.30<br>$150.00 | $645.00   |
| 6/13/2017  | DAK | Continued preparation of Motion for Summary Judgment and Brief in Support                                                        | 7.60<br>$150.00 | $1,140.00 |
| 6/14/2017  | DAK | Preparation of Judge's copy of Motion for Summary Judgment                                                                       | 0.60<br>$150.00 | $90.00    |
| 6/15/2017  | KGG | Receipt/Review of Notice from Court regarding filing of Motion for Summary Judgment                                              | 0.10<br>$150.00 | $15.00    |
|            | KGG | Receipt/Review of Notice from Court regarding filing of Index of Exhibits to Motion for Summary Judgment                         | 0.10<br>$150.00 | $15.00    |
|            | KGG | Receipt/Review of Notice from Court regarding Certificate of Service for Exhibits to Motion for Summary Judgment                 | 0.10<br>$150.00 | $15.00    |
| 7/18/2017  | DAK | Receipt/Review of Plaintiff's Response to Defendant's Motion for Summary Judgment; Review of Court's Docket to verify accuracy of filing | 0.70<br>$150.00 | $105.00   |
| 7/19/2017  | KGG | Research Regarding Rule 11 Motion                                                                                                | 0.90<br>$150.00 | $135.00   |
| 7/21/2017  | DAK | Receipt/Review of Plaintiff's Motion to File Additional Pages in Response Brief                                                  | 0.30<br>$150.00 | $45.00    |
| 7/28/2017  | KGG | Receipt/Review of Notice from Court regarding filing of Plaintiff's First Response to Motion for Summary Judgment                | 0.10<br>$150.00 | $15.00    |
| 7/31/2017  | KGG | Receipt/Review of Notice from Court regarding Plaintiff's filing of Second Amended Response to Motion for Summary Judgment       | 0.10<br>$150.00 | $15.00    |

| Bay County | | | Page | 3 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 7/28/2017 KGG | Receipt/Review of Notice from Court regarding filing of Plaintiff's First Response to Motion for Summary Judgment | | 0.10 $150.00 | $15.00 |
| 7/31/2017 KGG | Receipt/Review of Notice from Court regarding Plaintiff's filing of Second Amended Response to Motion for Summary Judgment | | 0.10 $150.00 | $15.00 |
| 8/16/2017 DAK | Receipt/Review of Response to Plaintiff's Motion for Summary Judgment and multiple exhibits referenced as attachments | | 6.80 $150.00 | $1,020.00 |
| 8/29/2017 KGG | Continued review of Plaintiff's First Amended Response to Motion for Summary Judgment | | 0.90 $150.00 | $135.00 |
| 8/30/2017 KGG | Receipt/Review of Plaintiff's Second Amended Response to Motion for Summary Judgment | | 0.30 $150.00 | $45.00 |
| 9/6/2017 DAK | Continued review of Plaintiff's Response to Defendant's Motion for Summary Judgment; Begin preparation of Reply Brief | | 3.80 $150.00 | $570.00 |
| 9/8/2017 DAK | Continued preparation of Reply Brief | | 5.90 $150.00 | $885.00 |
| 9/11/2017 DAK | Preparation of Motion for Sanctions and Brief in Support | | 1.70 $150.00 | $255.00 |
| 9/13/2017 DAK | Continued review of Plaintiff's Response to Defendant's Motion for Summary Judgment; Continued preparation of Reply Brief | | 2.10 $150.00 | $315.00 |
| 9/13/2017 KGG | Edit/revise Reply Brief | | 0.20 $150.00 | $30.00 |
| 9/14/2017 DAK | Continued preparation of Motion for Sanctions and Brief in Support | | 1.90 $150.00 | $285.00 |

Bay County

|  |  |  |  | Page | 4 |
|---|---|---|---|---|---|
|  |  |  |  | Hours | Amount |

| Date | Initials | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 11/3/2017 | KGG | Receipt/Review of Notice from Court regarding filing of Motion for Sanctions | | 0.10<br>$150.00 | $15.00 |
|  | DAK | Edit/Revise Motion for Sanctions to prepare for filing | | 0.30<br>$150.00 | $45.00 |
| 11/16/2017 | KGG | Review of Order Extending Deadline for Plaintiff's Response to Motion for Sanctions | | 0.10<br>$150.00 | $15.00 |
| 12/19/2017 | KGG | Review of Plaintiff's Response to Motion for Sanctions | | 0.20<br>$150.00 | $30.00 |
| 12/29/2017 | KGG | Correspondence to and from Corporation Counsel regarding Motion granted | | 0.20<br>$150.00 | $30.00 |
|  |  | For professional services rendered | | 63.80 | $9,570.00 |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 6/15/2017 | Photocopies - Motion for Summary Judgment | | 645<br>0.20 | $129.00 |
| 7/28/2017 | Photocopies - Plaintiff's Response to Motion for Summary Judgment | | 44<br>0.20 | $8.80 |
| 7/31/2017 | Photocopies - Plaintiff's Amended Response to Motion for Summary Judgment with Exhibits | | 411<br>0.20 | $82.20 |
|  | Total costs | | | $220.00 |